✎ PS 8
(3/15)

Case 2:14-cr-00168-TOR   Document 923   Filed 06/29/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2015

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Griffith, Robin M. | Docket No. | 0980 2:14CR00168-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Anne L. Sauther, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Robin M. Griffith, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rogers, sitting in the Court at Spokane, Washington, on the 8th day of December 2014, under the following conditions:

**Standard Condition # 9 :** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not use or possess marijuana regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Robin Griffith submitted a presumptive positive urinalysis test for methamphetamine on June 16, 2015. The test was confirmed positive by the laboratory on June 19, 2015.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 23, 2015

by s/Anne L. Sauther

Anne L. Sauther
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 30, 2015

Date