# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-CR-168-TOR-1 |
| vs. | Preliminary Order of Forfeiture |
| ROBIN M. GRIFFITH,<br>    a/k/a "Robin Deluca,"<br>    a/k/a "Robin Dobson,"<br>    a/k/a "Robin Kitchen,"<br>    a/k/a "Robin Roullier,"<br>    a/k/a "Robin Stenson," | |
| Defendant. | |

WHEREAS, the Defendant, ROBIN M. GRIFFITH, pled guilty pursuant to a written plea agreement to one count of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1349 and 1344; and,

WHEREAS, pursuant to her plea agreement, the Defendant agreed to forfeit to the United States the sum of $25,779.00 U.S. currency, representing the value of the proceeds of the offense;

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED THAT:

1)    Pursuant to 18 U.S.C. § 982(a)(2), the Defendant shall forfeit to the United States the sum of $25,779.90 U.S. currency, which shall be a money judgment representing the value of the proceeds obtained from the Conspiracy to Commit Bank Fraud violation alleged in Count 1 of the Indictment, to which the Defendant pled guilty.

Preliminary Order of Forfeiture - 1

2) Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), the United States may seek forfeiture of any other property of the Defendant up to the value of the forfeitable property listed above.

2) The United States Postal Inspection Service and/or the United States Marshals Service (and/or its agents) are authorized to seize this sum, whether held by the Defendant or by a third party, and to conduct any discovery proper in identifying or locating such property, in accordance with Fed.R.Crim.P. 32.2(b)(3).

3) Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

4) This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

DATED this 6th day of October, 2015.



THOMAS O. RICE
United States District Judge

Preliminary Order of Forfeiture - 2