PROB 12C
(6/16)

Report Date: December 4, 2019

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robin M. Griffith                Case Number: 0980 2:14CR00168-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 6, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 |
| Original Sentence: | Prison - 36 months; TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Date Supervision Commenced: | March 12, 2018 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | March 11, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On November 16, 2019, Robin Griffith was arrested and booked for the offense of residential burglary. She was released on the same date, and charges remain pending in Spokane County Superior Court under cause#18-1-01770-1. Investigative reports completed by the Spokane police under case number 2019-200230 reflect the following information:<br><br>On February 19, 2019, Spokane police responded to the report of a burglary at 814 E. Montgomery. They contacted the victim at that location who reported her back door was forcibly entered on that date while she was not home. Police were able to secure security camera video of two individuals near the location of the burglary who appeared to have belongings that were stolen from the victim's residence. Said individuals were positively identified as Gary McCabe and Robin Griffith. It should also be noted, the vehicle in the video is registered to Robin Griffith. Gary McCabe was contacted and interviewed by Spokane police detectives on March 5, 2019, at which time he admitted his involvement in the residential burglary. He further confirmed he was accompanied by Robin Griffith during the burglary, and that she took jewelry and bodywash during the burglary. He advised they were stealing items for drugs. |

Prob12C
**Re: Griffith, Robin M**
**December 4, 2019**
**Page 2**

           On January 17, 2018, Robin Griffith signed her judgment for case number 2:14CR00168-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Griffith was made aware by her U.S. probation officer that she must not commit another federal, state or local crime.

2        **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

           **Supporting Evidence**: On November 16, 2019, Ms. Griffith was stopped and arrested by law enforcement. Also with Ms. Griffith at the time of her arrest was Jered Pederson. Mr. Pederson is a convicted felon, who is also on federal supervision.

           On January 17, 2018, Robin Griffith signed her judgment for case number 2:14CR00168-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Griffith was made aware by her U.S. probation officer that she was not to associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

           She was reminded of this condition on February 28, 2019, when the undersigned officer located Mr. Pederson at her residence. She was verbally reprimanded at that time, and advised she is not to have contact with or associate with her codefendant, Jered Pederson.

3        **Special Condition # 17**: Defendant shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.

           **Supporting Evidence**: On November 14, 2019, the undersigned officer received an investigative report from Adult Protective Services and the Spokane Police Department. According to the investigative report, Robin Griffith is identified as opening a joint account with her mother at Numerica Credit Union on September 4, 2018. A visa debit card was issued to the offender from this account.

           Robin Griffith did not receive permission from her supervising officer to open a joint account with her mother.

           On January 17, 2018, Robin Griffith signed her judgment for case number 2:14CR00168-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Griffith was made aware by her U.S. probation officer that she must not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.

Prob12C
**Re: Griffith, Robin M**
**December 4, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/04/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

December 4, 2019

Date